STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

07-100 consolidated with 07-99

LOUISIANA UNITED BUSINESSES ASSOCIATION
SELF INSURERS FUND

VERSUS

RICKY ELLENDER, D/B/A ELLENDER'S PORTABLE
BUILDINGS, ET AL.

**********

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 3
PARISH OF CALCASIEU, NO. 05-865
CHARLOTTE L. BUSHNELL, WORKERS' COMPENSATION JUDGE

**********

MARC T. AMY
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, Jimmie C. Peters, Marc T. Amy and Billy H. Ezell, Judges.

REVERSED AND REMANDED.

SAUNDERS, J., dissents and assigns written reasons.
EZELL, J., dissents and assigns reasons.

Matthew W. Tierney
Tierney and Smiley, LLC
7525 Picardy Avenue, Suite 210
Baton Rouge, LA   70808
(225) 765-7488
COUNSEL FOR PLAINTIFF/APPELLANT:
    Louisiana United Businesses Association Self Insurers Fund

Claude P. Devall
Cox, Cox, Filo & Camel, LLP
723 Broad Street
Lake Charles, LA   70601
(337) 436-6611
COUNSEL FOR DEFENDANTS/APPELLEES:
    Ricky Ellender, d/b/a Ellender's Portable Buildings
    Dwayne Ellender

AMY, Judge.

For disposition of this consolidated matter, see *Keith A. Miller v. Ricky Ellender D/B/A Ellender's Portable Bldgs.*, 07-99 (La.App. 3 Cir. __/__/06), __So.2d__.

**REVERSED AND REMANDED.**